# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-0018
LT Case No. 55-2024-CA-305
_____

The BANK of NEW YORK MELLON
f/k/a The BANK of NEW YORK as
Successor in interest to JP
MORGAN CHASE BANK, N.A., as
INDENTURE TRUSTEE for
NEWCASTLE MORTGAGE
SECURITIES TRUST 2006-1,

     Appellant,

     v.

GARY S. LAWRENCE a/k/a GARY
LAWRENCE, DALE LAWRENCE
and JULINGTON CREEK
PLANTATION PROPERTY OWNERS'
ASSOCIATION, INC.,

     Appellees.

_____


On appeal from the Circuit Court for St. Johns County.
Howard Mason Maltz, Judge.

Alec P. Hayes, of Troutman Pepper Locke LLP, Atlanta, GA,
for Appellant.

Carroll G. Sanders, of Heekin Law, P.A., Jacksonville, for
Appellees, Gary S. Lawrence a/k/a Gary Lawrence and Dale
Lawrence.

No Appearance for Remaining Appellee.

December 16, 2025

PER CURIAM.

AFFIRMED.

MAKAR, EISNAUGLE, and HARRIS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____